JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO MCKINNEY,<br><br>          Petitioner,<br>vs.<br>ACEBEDO, WARDEN<br><br>          Respondent. | Case No.  CV 14-1102-GAF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction, IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: March 24, 2014

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**